IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Cr. No: 1:13-CR00383LO |
| | * | Motions Hearing: 5/2/14 |
| ROBERT AUDUBON WHITFIELD et al. | * | Judge: Liam O'Grady |
| | * | |
| Defendant(s). | * | |
| | * | |

DEFENDANT'S MOTION FOR PAYMENT OF TRAVEL EXPENSES
PURSUANT TO 18 U.S.C. §4285

**COMES NOW**, the defendant, through undersigned counsel, hereby respectfully moves this honorable court to enter an order authorizing and directing the United States Marshal Service to make travel arrangements designed to bring the defendant from his present residence in Georgetown, Texas, to this jurisdiction for his appearance at the motions hearing on May 2, 2014, and to return him home at the conclusion of the proceeding. The defendant also seeks that the Marshals provide lodging if an overnight stay is required to assure Mr. Whitfield's timely appearance. In support of his request, the defendant states the following:

    1. The defendant was originally arrested in Georgetown, Texas where he resides with his parents. Following his release, he was permitted to continue residing at his home in Texas. He is currently being supervised by the Pretrial Service Agency in Texas.

    2. Mr. Whitfield lacks the funds to pay for his own travel, although he has, in the past, traveled to Alexandria, Virginia, at his and his parents expense. His and his

parents funds however are limited and they will suffer a financial hardship if they are continued to pay for the travel back and forth to court while this case is pending. Mr. Whitefield with the approval of the court waived his appearance for the various status hearings that have been conducted in this case. However, Mr. Whitfield will not waive his appearance for the motions hearing scheduled on May 2, 2014.

Additionally, the timing of the proceeding may well require him to travel on the day before and stay overnight in V i r g i n i a .

3. Mr. Whitfield has previously been determined to financially indigent and is represented by court appointed counsel. Since his initial interview, his financial circumstances have gotten no better.

Section 4285 allows this court to

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation to the place where his appearance is required, and in addition [to] direct the United States marshal to fur- nish the person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

**WHEREFORE**, the defendant respectfully requests that the court sign the attached order directing the United States Marshal Service to make appropriate transportation and lodging arrangements to facilitate his appearance in court for the motions hearing on May 2, 2014, presently scheduled at 2:00 p.m. and to return to Georgetown, Texas at the conclusion of the hearing.

Respectfully submitted,

/s/

_____
Elita C. Amato, Esq.
 1600 Wilson Blvd.,
Suite 205
Arlington, VA  22209
703-522-5900
**Attorney for Robert A. Whitfield**

CERTIFICATE OF SERVICE

I hereby certify that this Motion was served electronically upon government counsel, through the CM/ECF system, thereby notifying all parties of its filing, this --th day of MARCH 2014.

_____
Elita C. Amato