RECEIVED

*[signature]*

2014 APR -4 A 10: 58

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | *  Cr. No: 1:13-CR00383LO |
| | *  Ex Parte |
| ROBERT AUDUBON WHITFIELD | *  Judge: Liam O'Grady |
| | * |
| Defendant(s). | * |
| | * |

## PRECIPE FOR BLANK SUBPOENA

*COMES NOW*, Robert A. Whitfield, the defendant in this case, through undersigned counsel and moves the clerk of the court to provide him with ~~four~~ *two* blank subpoenas in the above captioned case.

Respectfully submitted,

*[signature]*
Elita C. Amato, Esq.
1600 Wilson Blvd.,
Suite 205
Arlington, VA 22209
703-522-5900
**Attorney for Robert A. Whitfield**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Robert Audubon Whitfield_ | ) | Case No. 1:13cr 383 LO |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: US District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, VA | Courtroom No.: 700 |
|---|---|
| | Date and Time: May 2, 2014 2:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 4/4/14

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ~~crossed out~~
703-522-5900, who requests this subpoena, are: on behalf of defendant Robert Whitfield

Elita C. Amato, Esq.
1600 Wilson Blvd.
Suite 205
Arlington, VA 22201
703-522-5900
Amato@amatoatlaw.com