IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZHIWEI CHEN and<br><br>ROBERT AUDUBON WHITFIELD<br><br>Defendants. | Criminal No. 1:13-cr-383<br><br>Hon. Liam O'Grady |

**AMENDED AGREED NOTICE OF HEARING OF MOTIONS TO SUPPRESS**

In follow up to the Court's June 17, 2014 request to reschedule the motions hearing dates for motions to suppress for defendants Whitfield and Chen, the parties have agreed to the following hearing dates for the Court's consideration:

| Defendant's Motion (Dkt.) | Government's Response | Proposed Hearing Date |
|---|---|---|
| Whitfield (#165) | (#211) | July 8, 2014 at 10 a.m. |
| Chen (#154) | (#212) | July 25, 2014 at 2 p.m. |

        Respectfully submitted,

        Dana J. Boente
        United States Attorney


By:       /s/
        Alexander T.H. Nguyen
        Jay V. Prabhu
        Assistant U.S. Attorneys
        U.S. Attorney's Office
            Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: (703) 299-3700
        Fax: (703) 299-3980
        Email: alexander.nguyen@usdoj.gov
        Email: jay.prabhu@usdoj.gov

        Richard D. Green
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section

Date: <u>June 20, 2014</u>

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing AMENDED AGREED NOTICE OF HEARING OF MOTIONS TO SUPPRESS with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) to:

John C. Kiyonaga
108 North Alfred Street
Alexandria, VA 22314
john@johnckiyonaga.com

Marina Medvin
MEDVIN LAW
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
marina@medvinlaw.com

James W. Hundley
Briglia Hundley Nuttall & Lopez, P.C.
1921 Gallows Rd.
Vienna, VA 22182
jhundley@bhnklaw.com

William Loeffler
60 E D St.
Brunswick, MD 21716
williamodouglas@aol.com

William Todd Watson
Federal Public Defender's Office (EDVA)
1650 King St., Suite 500
Alexandria, VA 22314
todd_watson@fd.org

John O. Iweanoge, II
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017
joi@iweanogesfirm.com

Elita C. Amato
1600 Wilson Blvd., Suite 205
Arlington, VA 22209
amato.law@comcast.net

Drewry B. Hutcheson, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, VA 22314
hutch365@msn.com

Gregory B. English
601 King St. Ste 406
Alexandria, VA 22314
gbeuva@gmail.com

Gretchen Lynch Taylor
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
gretchen@taylorlawco.com

John Louis Machado
Law Office of John Machado
503 D Street NW, Suite 310
Washington, DC 20001
johnmachadoesq@kreative.net

Jessica Nicole Carmichael
Patrick N. Anderson & Asso., P.C., Ste. 310
333 N. Fairfax Street
Alexandria, VA 22314
jcarmichael@pnalaw.com

Gary H. Smith
601 King Street, #203
Alexandria, VA 22314
smithgh58@aol.com

Joseph Stanton Abrenio
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
joseph.abrenio@leclairryan.com

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Alexander T.H. Nguyen
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: alexander.nguyen@usdoj.gov