IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -v- | Case No. 1:13-CR-00383 |
| ROBERT AUDOBON WHITFIELD, *et al.*, | |
| Defendants. | |

### ORDER

This Court has before it the request of the defendant, pursuant to 18 U.S.C. § 4285 that the United States Marshals Service make travel arrangements designed to bring the defendant from his present residence in Georgetown, Texas, to this jurisdiction for his appearance at the motions hearing to be held before this court at 10:00am on July 8, 2014, and to return him home at the conclusion of the proceeding.

The Court finds that the defendant has advanced good cause for this request. It is therefore, this 27th day of June, 2014,

**ORDERED**, that the motion be, and hereby is, **GRANTED**.

**FURTHER ORDERED**, that the United States Marshals Service provide the defendant round trip transportation from his home in Georgetown, Texas, to Alexandria, Virginia for his July 8, 2014, 10:00am hearing.

June 27, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

Cc: United States Marshals Service
Prisoner Coordination Section