IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -v- <br><br> ROBERT AUDOBON WHITFIELD, *et al.*, <br><br> Defendants. | Case No. 1:13-CR-00383 |

ORDER

This Court has before it the request of the defendant that the United States Marshals Service reimburse defense counsel for expenses incurred arranging the travel of the defendant's witnesses, Steve Whitfield and Jessica Manson, from their residence in Georgetown, Texas, to this jurisdiction for their appearance to testify at the motions hearing to be held before this court at 10:00am on July 8, 2014, and for their return home at the conclusion of the proceeding.

The Court finds that the defendant has advanced good cause for this request. It is therefore, this 27th day of June, 2014,

**ORDERED**, that the motion be, and hereby is, **GRANTED**.

**FURTHER ORDERED**, that the United States Marshals Service reimburse defense counsel for the round trip transportation of witnesses Steve Whitfield and Jessica Manson from their home in Georgetown, Texas, to Alexandria, Virginia for the July 8, 2014, 10:00am hearing.

June 27, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

Cc: United States Marshals Service
Prisoner Coordination Section