UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



UNITED STATES OF AMERICA

v.

ROBERT AUDUBON WHITFIELD,

Defendant.

Criminal No. 1:13-cr-383-6

Hon. Liam O'Grady

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Alexander T.H. Nguyen and Jay V. Prabhu, Assistant United States Attorneys, and Richard D. Green, Trial Attorney of the United States Department of Justice, Computer Crime & Intellectual Property Section, hereby moves this Honorable Court to dismiss the Indictment in the above-captioned case against defendant Whitfield, pursuant to Federal Rule of Criminal Procedure 48(a) and the written Plea Agreement entered into between the United States and defendant Whitfield, upon the Court's acceptance of defendant Whitfield's guilty plea to the criminal information in this matter.

The United States respectfully requests that the Court grant the motion and enter the attached proposed order.

Date: 7/8/14

Respectfully Submitted,

Dana J. Boente
United States Attorney

By: /s/
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys

Richard D. Green
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section