

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT AUDUBON WHITFIELD,<br>Defendant. | Criminal No. 1:13-cr-383-6<br><br>Hon. Liam O'Grady |

## ORDER

Upon motion of the United States to dismiss the Indictment in the above-captioned case against defendant Whitfield pursuant to the written plea agreement between the United States and defendant Whitfield, and upon the Court's acceptance of defendant Whitfield's guilty plea to the criminal information in this matter at the change of plea hearing, it is hereby ORDERED that the indictment is dismissed as to defendant Whitfield.

Date: 7-8-14

/s/
Liam O'Grady
United States District Judge

The Hon. Liam O'Grady

I ASK FOR THIS:

Dana J. Boente
United States Attorney

Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys

Richard D. Green
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section