IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | * |
|---|---|
| V. | * Cr. No: 1:13-CR00383-6 |
| ROBERT AUDUBON WHITFIELD | * |
| Defendant | * |

## ORDER

Upon oral motion of defendant Robert A. Whitfield during the court proceeding of July 8, 2014, seeking a modification of his conditions of release, there being no opposition from the government, and for good cause shown, Mr. Whitfield's conditions of release are modified to permit him, under the direction of pre-trial services, full access to the internet.

Liam O'Grady
United States District Judge

Alexandria, Virginia
July 9, 2014